# Criminal Case Cover Sheet          U.S. District Court

**Place of Offense:**

City    Hagåtña

Country/Parish    N/A

**Related Case Information:**    06-00058

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant   X
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No  X     Matter to be sealed:  X  Yes ____

RECEIVED NOV 15 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM

Defendant Name    Dong Pyo Hong

Allisas Name _____

Address _____

    Tumuning, Guam

Birth date   XX/XX/1968   SS# (TIN) XXX-XX-0203   Sex  M  Race  A  Nationality  Korean

**U.S. Attorney Information:**

AUSA    Karon V. Johnson

**Interpreter:** ____ No  X  Yes        List language and/or dialect:   Korean

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts:    1       ____ Petty ____ Misdemeanor  X  Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1   18 U.S.C. §§ 2 & 1028(a)(6) | FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS | 1 |
| Set 2 _____ | _____ | ____ |
| Set 3 _____ | _____ | ____ |
| Set 4 _____ | _____ | ____ |

(Continued on reverse)

Date:   NOV 15 2006    Signature of AUSA:    [signature] KV Johnson