1  seal

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   Tel: (671) 472-7332/7283
6  Fax: (671) 472-7334

7  Attorneys for the United States of America

8

**FILED**

DISTRICT COURT OF GUAM

NOV 15 2006 *psↄ*

MARY L.M. MORAN
CLERK OF COURT

9          IN THE UNITED STATES DISTRICT COURT

10             FOR THE TERRITORY OF GUAM

11

12  UNITED STATES OF AMERICA,      )  CRIMINAL CASE NO.  06-00058
                                   )
13                  Plaintiff,     )
                                   )
14        vs.                      )  **APPLICATION TO SEAL RECORD**
                                   )
15  DONG PYO HONG,                 )
                                   )
16                  Defendant.     )
                                   )

17

18

19        The United States moves this Honorable Court for an order sealing the record in the

20  above-entitled case until the arrest of the defendant and that further investigation is still pending

21  in this matter, which may be hindered by making this cause available for public scrutiny.

        Respectfully submitted this 15th day of November 2006.

22

23                              LEONARDO M. RAPADAS
                                United States Attorney
24                              Districts of Guam and NMI

25                      By:     _Karon V. Johnson_____
                                KARON V. JOHNSON
26                              Assistant U.S. Attorney

27

28

ORIGINAL