# UNITED STATES DISTRICT COURT

District of _____ **GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | **WARRANT FOR ARREST** |
| **DONG PYO HONG** | Case Number: **CR-06-00058** |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **DONG PYO HONG** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with    (brief description of offense)

**FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

~~FILED~~
DISTRICT COURT OF GUAM
JAN 12 2007
MARY L.M. MORAN
CLERK OF COURT

in violation of Title ___**18**___ United States Code, Section(s) _____ **2 and 1028(a)(6)** _____

**ORIGINAL**

**VIRGINIA T. KILGORE**
Name of Issuing Officer

_Virginia T. Kilgore_
Signature of Issuing Officer

**DEPUTY CLERK**
Title of Issuing Officer

**NOVEMBER 15, 2006, HAGATNA, GUAM**
Date and Location

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Cabras Road, Piti, Guam

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Special | |
| DATE OF ARREST 01/12/07 | Jason Ferguson Agent FBI | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____