1  donghonguns                ORIGINAL

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON                                    **FILED**
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza                    DISTRICT COURT OF GUAM
   108 Hernan Cortez Ave.
5  Hagåtña, Guam  96910                            JAN 1 2 2007
   Tel:  (671) 472-7332
6  Fax:  (671) 472-7334                        MARY L.M. MORAN
                                               CLERK OF COURT
7  Attorneys for the United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10                FOR THE TERRITORY OF GUAM

11

12 UNITED STATES OF AMERICA,        )  CRIMINAL CASE NO. 06-00058
                                    )
13                 Plaintiff,       )
                                    )
14        vs.                       )     **APPLICATION TO**
                                    )     **UNSEAL RECORD**
15 DONG PYO HONG,                   )
                                    )
16                 Defendant.       )
                                    )
17 _____

18
         The United States moves this Honorable Court for an order unsealing the record in the
19
   above-entitled case for the reason that the defendant has been arrested and the investigation in
20
   this matter is now complete.
21
         Respectfully submitted this 12th day of January 2007.
22
23                                     LEONARDO M. RAPADAS
                                       United States Attorney
24                                     Districts of Guam and NMI

25                            By:      _____
                                       KARON V. JOHNSON
26                                     Assistant U.S. Attorney

27

28