William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Defendant
DONG HONG



FILED
DISTRICT COURT OF GUAM

FEB 23 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00058 |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO CHANGE PLEA |
| DONG PYO HONG, | |
| Defendant. | |

COMES NOW Defendant, by and through counsel, and hereby moves the Court to set a motion hearing to allow Defendant to enter into a guilty plea. A Plea Agreement has not and will not be entered into in this matter.

WHEREFORE Defendant requests that this Honorable Court grant his request to enter a guilty plea and set a hearing for such entry.

Respectfully submitted,

LAW OFFICES OF WILLIAM L. GAVRAS

Date: February 23, 2007.    By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Defendant
DONG HONG

ORIGINAL

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon Karon V. Johnson, Esq. of the Office of the United States Attorney, 108 Hernan Cortez Avenue, Suite 500, Hagatna, Guam, a true and correct copy of this document on or before February 23, 2007.

Date: February 23, 2007.

LAW OFFICES OF WILLIAM L. GAVRAS

By: /s/ WILLIAM L. GAVRAS, ESQ.
Attorneys for Defendant
DONG HONG