AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

    Plaintiff,

V.

DONG PYO HONG,

    Defendant.

**NOTICE**

CASE NUMBER: 1:06-cr-00058

[ x ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910 | 413 |
| | DATE AND TIME<br>Tuesday, February 27, 2007 at 1:45 P.M. |

TYPE OF PROCEEDING

### *CHANGE OF PLEA*

[ ] **TAKE NOTICE** that the sentencing hearing in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

MARY L.M. MORAN, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| February 23, 2007 | Virginia T. Kilgore |
|---|---|
| DATE | /s/ (BY) DEPUTY CLERK |

TO:  U.S. Attorney's Office     Samuel S. Teker
      U.S. Probation Office      U.S. Marshal Service