ORIGINAL

donghongstp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB 26 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> DONG PYO HONG, <br> Defendant. | CRIMINAL CASE NO. 06-00058 <br><br> STIPULATED MOTION OF PARTIES TO CONTINUE TRIAL AND SET NEW DATE TO ENTER GUILTY PLEA |

The parties in the above-entitled matter, the United States of America, and the defendant, through his counsel, William L. Gavras, hereby move this Honorable Court to continue the trial of this matter, now set for March 6, 2007, at 9:30 a.m. The parties make this motion because the defendant intends to proffer a guilty plea to the court, which plea hearing has been set for next Tuesday, February 27, 2007.

Government counsel will be off-island attending the Asset Forfeiture Chiefs Conference in Columbia, South Carolina, from February 27-March 1, 2007. Counsel will remain Stateside, because the Ninth Circuit has set oral argument in United States v. Duane Calvo, C.A. 06-10108, for March 12. Government counsel plans to return to Guam March 15.

This guilty plea will involve certain questions and issues unique to the facts of this case, which is part of a complex scheme to obtain Guam drivers licenses fraudulently. Government

counsel believes it would not be appropriate to request another attorney in her office to attempt to handle it.

Defendant made his initial appearance on this matter January 12, 2007. The 70-day speedy trial period required by 18 U.S.C. § 3161(c)(1) will not run until March 21, 2007. Therefore, the parties believe that this case can be disposed of within the time frame required by statute.

SO STIPULATED.

DATE: 2-26-07

WILLIAM L. GAVRAS
Federal Public Defender
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 2/26/07

By: KARON V. JOHNSON
Assistant U.S. Attorney

-2-