1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910
   Telephone: (671) 472-7332
5  Telecopier: (671) 472-7334

6  Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00058 |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | Re: Stipulated Motion of Parties |
| vs. | ) | To Continue Trial and Set |
| | ) | New Date To Enter Guilty Plea |
| DONG PYO HONG, | ) | |
| | ) | |
| Defendant. | ) | |

This parties have submitted a stipulated motion to the Court to continue trial and set new date to enter guilty plea. For good cause shown,

IT IS SO ORDERED that trial of this matter shall be moved from March 7, 2007, to March 20, 2007, 9:30 a.m.

IT IS FURTHER ORDERED that the hearing to enter guilty plea in this matter shall be moved from February 27, 2007, to March 19, 2007, at 1:30 p.m.

Dated this 26th day of February 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**