# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00058-001                    DATE: March 19, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                 Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 8:41:23 - 9:09:00
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Dong Pyo Hong                     Attorney: William Gavras
☑ Present ☐ Custody ☐ Bond ☑ P.R.            ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson                 U.S. Agent: Bill Klyne, F.B.I.
U.S. Probation: Carleen Borja                U.S. Marshal: T. Muna / D. Punzalan
Interpreter: Sung Woo Yoon                   Language: Korean

**PROCEEDINGS: Change of Plea**
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty. Plea entered without a written plea agreement.
- Report and Recommendation executed by the Court.
- Sentencing set for: June 18, 2007 at 10:00 a.m.
- Draft Presentence Report due to the parties: 05/14/2007
- Response to Presentence Report: 06/04/2007
- Final Presentence Report due to the Court: 06/11/2007
- Defendant released as previously ordered by this Court.

NOTES: