IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00058 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **REQUEST TO CONTINUE** |
| | ) **SENTENCING HEARING** |
| DONG PYO HONG, | ) |
| Defendant. | ) |

COMES NOW, the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for June 18, 2007 at 10:00 a.m. The request to continue Sentencing Hearing will enable the United States Probation Officer to complete the presentence investigation and submission of a report in compliance with the local rules on <u>Sentencing Procedures</u> in General Order 98-00002.

RESPECTFULLY submitted this __2nd__ day of May 2007

        Respectfully submitted,

        FRANK MICHAEL CRUZ
        Chief U.S. Probation Officer

By:  /s/ CHRISTOPHER J. DUENAS
        U.S. Probation Officer Specialist

cc: Karon V. Johnson, AUSA
    William Leon Gavras, Defense Counsel