FRANK MICHAEL CRUZ
Chief Probation Officer
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 473-9201
Facsimile: (671) 473-9202

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00058 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO CONTINUE** |
| vs. | ) | **SENTENCING HEARING** |
| | ) | |
| DONG PYO HONG, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the United States Probation Officer's request to continue Sentencing Hearing, **IT IS SO ORDERED** that the Sentencing Hearing currently scheduled for June 18, 2007 is hereby rescheduled to July 11, 2007 at 10:00 a.m. The presentence report shall be provided to the parties no later than June 11, 2007. The parties shall file their responses to the presentence report no later than June 25, 2007. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than July 3, 2007.

SO ORDERED.



/s/ **Frances M. Tydingco-Gatewood**
   **Chief Judge**
   **Dated: May 02, 2007**