donghongtaxseal

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM

MAY 10 2007

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00058 |
| Plaintiff, | |
| vs. | APPLICATION TO SEAL UNITED STATES APPLICATION TO DISCLOSE CERTAIN TAX INFORMATION ~~AND ORDER~~ |
| DONG PYO HONG, | |
| Defendant. | |

The United States moves this Honorable Court for an order sealing the United States Application to Disclose Certain Tax Information and Order in the above-entitled case for the reason that tax information contains such information that should not be made available for public scrutiny.

Respectfully submitted this 10th day of May 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney