William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Defendant
DONG HONG

**FILED**
DISTRICT COURT OF GUAM
JUN 21 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00058 |
| Plaintiff, | |
| vs. | DEFENDANT'S NOTICE CONCERNING SENTENCING |
| DONG HONG, | |
| Defendant. | |

COMES NOW William L. Gavras, Esq., counsel for the Defendant, Dong Hong, and hereby concurs with the United States' Notice Concerning Sentencing in the above-captioned matter.

Respectfully submitted,

LAW OFFICES OF WILLIAM L. GAVRAS

Date: June 21, 2007.           By: _____
                                    WILLIAM L. GAVRAS, ESQ.
                                    Attorneys for Defendant
                                    DONG HONG

ORIGINAL

CERTIFICATE OF SERVICE

I certify that I will cause to be served upon Karon V. Johnson, Esq. of the Office of the United States Attorney, 108 Hernan Cortez Avenue, Suite 500, Hagatna, Guam, a true and correct copy of this document on or before June 21, 2007.

LAW OFFICES OF WILLIAM L. GAVRAS

Date: June 21, 2007.          By: _____
                              WILLIAM L. GAVRAS, ESQ.
                              Attorneys for Defendant
                              DONG HONG