# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## SENTENCING

CASE NO.: CR-06-00058-001                               DATE: July 11, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Jennifer Moton                      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 10:35:31 - 10:52:40
CSO: L. Ogo / J. Lizama

**APPEARANCES:**

Defendant: Dong Pyo Hong                        Attorney: William L. Gavras

    Present    Custody    Bond    P.R.            Present    Retained    FPD    CJA

U.S. Attorney: Karon Johnson                    U.S. Agent: Bill Cline, F.B.I.
U.S. Probation: Carleen Borja                   U.S. Marshal: V. Roman
Interpreter: Sung Woo Yoon                      Language: Korean

**PROCEEDINGS: Sentencing**

- Mr. Gavras' oral Motion for Release of Passport was Granted, subject to non-objection by the Immigration and Naturalization Service based on their requirements for deportation.
- Defendant committed to the Bureau of Prisons for a term of 1 day, with credit for time served
- Upon release from imprisonment, defendant is placed on supervised release for a term of 1 year, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $25.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant released and instructed to report to the Immigration and Naturalization Service.

NOTES: